UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) <br> ) <br> ENOCH PACKING COMPANY, INC., ) <br> ) <br> Debtor. ) <br> ) <br> _____ ) <br> ) <br> JOE FLORES AND CONNIE FLORES, ) <br> ) <br> Appellants, ) <br> ) <br> v. ) <br> ) <br> DDJ, INC. , et al, ) <br> ) <br> Appellees. ) <br> _____ ) | DISTRICT COURT CASE <br> NO. CIV-F-06-0388 AWI <br><br> BANKRUPTCY COURT CASE <br> NO. 02-17736-A-7 <br><br> ADVERSARY PROCEEDING <br> NO. 05-01297-A <br><br> ORDER RE: BRIEFING <br> SCHEDULE |

On June 30, 2006, Appellees Vartan (as individual and trustee), Yeramian (as individual and trustee), and Enoch-Kroger (as individual only) made a motion seeking additional time to file their opening brief.  Under the current schedule, their brief is due by July 5, 2006. Doc. 6. Appellees are seeking an extra 30 days (until August 5, 2006) due to the fact that "Lead counsel in the case has been absent due to a previously scheduled vacation out of the country for the past three weeks, during which time he was served with the Appellant's opening brief. Additional time is necessary for lead counsel to adequately prepare appellees' opening brief." Doc. 17, Cuttone Declaration.  In the standard briefing schedule for bankruptcy appeals as set out by Fed. R. Bankr. Proc. 8009(a), appellees opening briefs must be file within 15 days after service of appellants' opening briefs.  The bankruptcy "Time limits for filing of briefs are designed to

encourage swift prosecution of appeals." <u>In re Beverly Mfg. Corp.</u>, 778 F.2d 666, 667 (11th Cir. 1985).  As it appears that Appellees' counsel has returned and is ready to begin work on the brief, the court will grant an additional 15 days (approximately).  Appellees Vartan, Yeramian, and Enoch Kroger may file their opening brief by 4 PM on Monday, July 24, 2006.  Appellants in this case may file their reply brief by 4 PM on Tuesday, August 8, 2006.  This extension applies only to the Appellees named and does not apply to other Appellees in this case.

IT IS SO ORDERED.

Dated:     **July 5, 2006**                                                **/s/ Anthony W. Ishii**
0m8i78                                                                        UNITED STATES DISTRICT JUDGE