1  RALPH J. SWANSON, CA. STATE BAR NO. 67751
   THOMAS P. MURPHY, CA. STATE BAR NO. 121251
2  LAURA A. PALAZZOLO, CA. STATE BAR NO. 210954
   BERLINER COHEN
3  TEN ALMADEN BOULEVARD
   ELEVENTH FLOOR
4  SAN JOSE, CALIFORNIA 95113-2233
   TELEPHONE: (408) 286-5800
5  FACSIMILE: (408) 998-5388

6  ATTORNEYS FOR DENNIS HAGOBIAN,
   VITORIA HAGOBIAN, THE HAGOBIAN
7  RESIDENTIAL TRUSTS AND YOSEMITE
   TECHNOLOGIES

**FILED**

JUL 0 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | District Court Case No.   1:06-CV-00388-AW |
| Enoch Packing Company, Inc., | Bankruptcy Court Case No. 02-17736-A-7 |
| Debtor(s). | Adversary Proceeding No.   05-1297-A |
| Joe Flores and Connie Flores, | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR APPELLEE TO FILE ITS OPENING BRIEF |
| Plaintiff(s), | |
| vs. | |
| DDJ, Inc., et al., | |
| Defendant(s). | |

///
///
///
///
///

1  Appellees Dennis Hagobian, Victoria Hagobian, the Dennis Hagobian Residential Trust, the
2  Victoria Hagobian Residential Trust, and Yosemite Technologies, Inc. ("Appellees"), by and
3  through their undersigned counsel, and Appellant Joe Flores, do hereby stipulate as follows:

4  1.  WHEREAS on or about May 2, 2006, Appellant requested an extension of time to
5  file his Opening Brief due to a delay in the completion of the requested court reporter's transcripts
6  on appeal; and

7  2.  WHEREAS the request for extension of time did not provide a date certain when an
8  Opening Brief would be filed, since the date for completion of the record on appeal could not then
9  be ascertained; and

10  3.  WHEREAS Appellant's Opening Brief became due and was filed during a period of
11  time when counsel for the Appellees was out of the country on an extended vacation; and

12  4.  WHEREAS counsel for the Appellees contacted the Appellant promptly upon his
13  return to the office, seeking an extension of time to respond to the Appellant's Opening Brief; and

14  5.  WHEREAS the extension requested by the Appellees will not unduly impact the
15  Briefing Schedule set by this Court; and

16  6.  WHEREAS, counsel for the Appellees has contacted counsel for Appellee Clovis
17  Community Bank, which Appellee has already filed its Opening Brief and such Bank does not
18  object to the extension of time requested by Appellees;

19  IT IS HEREBY PROPOSED AND STIPULATED THAT:

20  1.  The date set for Appellees to file and serve an Opening Brief shall be extended to and
21  including July 10, 2006.

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

\LPA\697400.1
01-062906-14986001

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR APPELLEE TO  -2-
FILE ITS OPENING BRIEF

06/30/2006 09:47 FAX #089382577    BerlinerCohen    @004/004

2. Appellant's reply brief, as regards all appellees in this matter, including Clovis Bank, shall be July 20, 2006 (ten days after service of Appellees' Opening Brief).

3. All other aspects of the Court's Briefing Schedule filed April 27, 2006 shall remain unchanged.

IT IS SO STIPULATED.

Dated: June 30, 2006

BERLINER COHEN

By: /s/ Laura Palazzolo
RALPH J. SWANSON
THOMAS P. MURPHY
LAURA PALAZZOLO
ATTORNEYS FOR DENNIS
HAGOBIAN, VITORIA HAGOBIAN,
THE HAGOBIAN RESIDENTIAL
TRUSTS AND YOSEMITE
TECHNOLOGIES, INC.

Dated: June 30, 2006

By: /s/
JOE FLORES

Dated: June 30, 2006

By: /s/
CONNIE FLORES

**ORDER**

IT IS SO ORDERED.

Dated: July 7, 2006

By: /s/
Hon. ANTHONY W. ISHII

LPA\597400.1
01-062905-14986001

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR APPELLEE TO FILE ITS OPENING BRIEF    -3-